Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

Nicholas M. Wajda (Nev. Bar No. 11480)
**WAJDA LAW GROUP, APC**
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE CRAFTS, | Case No. 3:19-cv-00497-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ACTION REVENUE RECOVERY, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), both parties hereby stipulate that this action be dismissed with prejudice. Both parties agree to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: March 2, 2020

| **SULAIMAN LAW GROUP, LTD.** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
|---|---|
| */s/ Joseph S. Davidson* | */s/ Patrick J. Reilly* |
| Joseph S. Davidson<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-581-5450<br>jdavidson@sulaimanlaw.com | Patrick J. Reilly<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, Nevada 89106<br>+1 702-464-7033<br>preilly@bhfs.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED.

DATED this  3rd    day of  March           , 2020.

_____
UNITED STATES DISTRICT JUDGE